IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02391–REB–KMT

JOSEPH GONZALES,

    Plaintiff,

v.

COMCAST OF COLORADO IX, LLC, a Delaware limited liability company,

    Defendant.

---

# ORDER OF RECUSAL

---

This matter was drawn to me upon the filing of the Complaint (Doc. No. 1) on October 7, 2009. Pursuant to the Order of Reference dated October 13, 2009 (Doc. No. 2), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other nondispositive motions . . . ."

Title 28 U.S.C.A. § 455(a) provides, "(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." *See United States v. Pearson*, 203 F.3d 1243, 1264 (10th Cir. 2000). However, a "judge should not recuse himself on unsupported, irrational, or highly tenuous speculation." *Hinman v. Rogers*, 831 F.2d. 937, 939 (10th Cir. 1987).

It has come to my attention that I have a personal relationship with a family member of Plaintiff. In order to avoid the appearance of impropriety, I hereby recuse myself from this action. The Clerk of Court shall assign another magistrate judge to this case.

Dated this 27th day of April, 2010.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge